UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO DELTORO,<br><br>                    Plaintiff,<br>v.<br><br>NOVUS EQUITIES, LLC,<br><br>                    Defendant. | Civil Action No.: 20-cv-1002 (NSR)<br><br>**NOTICE OF MOTION ON BEHALF OF DEFENDANT TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE DISTRICT COURT OF NEW JERSEY**<br><br>**ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration, Defendant Novus Equities, LLC, by its undersigned counsel Klingeman Cerimele, Attorneys, will move this Court, located at 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(1), 12(b)(2), and 12(b)(3), dismissing the Complaint against Novus Equities, LLC, or in the alternative, for an Order pursuant to 28 U.S.C. § 1406 (a) or 28 U.S.C. § 1404 (a) transferring this action to the United States District Court for the District of New Jersey, and granting such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Henry E. Klingeman
Henry E. Klingeman
henry@klingemanlaw.com
Klingeman Cerimele, Attorneys
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for defendant Novus Equities, LLC*

Dated:   February 7, 2020
            Newark, New Jersey

Defendant's Motion to Dismiss is Denied without prejudice for failure to follow my Individual Practices. See Sec. 3.A.ii. The Clerk of Court requested to terminate the motion (doc. 3).
Dated: Feb. 13, 2020          SO ORDERED.

Nelson S. Román, U.S.D.J.