UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
DELTORO,

                        Plaintiff(s),         **ADJOURNMENT ORDER**

    - against -

                                            20 Civ. 1002 (NSR)

NOVUS EQUITIES LLC,

                        Defendant(s).
--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

    The above case previously scheduled for a telephonic Status Conference on March 10, 2023 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending resolution of Defendant's motion for summary judgment.

SO ORDERED.

Dated: White Plains, New York
       February 21, 2023

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023