**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
FRANCISCO DEL TORO,

               Plaintiff,

   -against-                                        20 **CIVIL** 1002 (NSR)

                                                       **JUDGMENT**

NOVUS EQUITIES, LLC,

               Defendant.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 9, 2024, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      April 9, 2024

                                                   **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                      **BY:**              K. Mango

                                                     **Deputy Clerk**